

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00697-CV

**IN THE INTEREST OF V.R.S.**, J.S.T, and R.L.T., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01769
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

Appellate counsel's motion to withdraw is DENIED.

SIGNED February 26, 2020.

_____
Patricia O. Alvarez, Justice